**Suman Chakraborty**
+1.212.692.6739
SChakraborty@mintz.com



919 Third Avenue
New York, NY  10022
212 935 3000
mintz.com

June 7, 2024

*Application GRANTED. The initial pretrial conference is hereby rescheduled to July 8, 2024 at 4PM. In addition, in light of Plaintiff's amended complaint, the motion to dismiss at Dkt. 10 is hereby DENIED as moot.*

<u>**VIA ECF**</u>

*The Clerk of Court is directed to terminate the motions at Dkts. 10 and 34.*

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

*SO ORDERED.*

*Arun Subramanian, U.S.D.J.*
*Date: June 11, 2024*

Re: **Letter Motion for Adjournment of Pretrial Conference**
*McWilliams v. Liberty Mutual Group, Inc., et al.,* No.:  24-cv-3432-AS

Dear Judge Subramanian:

I represent Defendant Resolute Management, Inc. in the above-referenced matter and serve as Resolute's designated lead trial.  I write to request an adjournment of the initial pretrial conference that was re-set for June 28, 2024 at 2 PM. The initial pretrial conference was moved to this date by the Court in light of Plaintiff's filing of an Amended Complaint that added an additional defendant.  *See* Dkt. No. 23.

Unfortunately, I will be out of the country on a previously-planned personal matter from June 20, 2024 through June 30, 2024.  This request for an adjournment respectfully asks that the Court reset the conference to a date after June 30, 2024.  I have conferred with counsel for each of the other parties and all have consented to this request for an adjournment.[1]

No previous requests for adjournment or extension have been made by Resolute or any other party. An adjournment will not affect any other impending deadlines in the case, nor are the parties set to appear before the Court at any earlier date.  Resolute has filed a renewed Motion to Dismiss, and the briefing schedule for that matter will be unaffected by this request.

I thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Suman Chakraborty*

Suman Chakraborty
Counsel for Resolute Management Inc.

cc:     All Counsel of Record (via ECF and e-mail)

---

[1] Counsel for Liberty has indicated she is not available the week of July 15th for a rescheduled hearing.