UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES McWILLIAMS,<br><br>        Plaintiff,<br><br>    -against-<br><br>LIBERTY MUTUAL INSURANCE GROUP INC. and AFFILIATED FM INSURANCE COMPANY,<br><br>        Defendants. | 24-cv-3432 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Following the Court's September 10, 2024 Order requesting the submission of a joint updated Proposed Civil Case Management Plan, ECF No. 64, the parties submitted separate proposed schedules and corresponding letters explaining the parties' differences. *See* ECF Nos. 65 and 66.

  The Court will review the parties' respective submissions and issue a Scheduling Order. However, the parties' submissions differ on whether there has been mutual consent to conduct all further proceedings before a Magistrate Judge. Plaintiff's proposed plan states that all parties <u>do not consent</u> to conducting all further proceedings before a Magistrate Judge, ECF No. 65, while Defendants' proposed plan states that all parties <u>do consent</u>. ECF No. 65-2. By **Tuesday, September 17, 2024 at 5:00 PM**, the parties should submit a joint letter to the Court clarifying <u>whether they do or do not consent</u> to conducting all further proceedings before a Magistrate Judge.

  SO ORDERED.

Dated: September 16, 2024
    New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge