UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| James McWilliams,<br><br>                Plaintiff,<br><br>       -against-<br><br>Liberty Mutual Insurance Group Inc. and<br>Affiliated FM Insurance Company,<br><br>                Defendants. | 24-cv-3432 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

      For the reasons stated on the record at the conference held on October 7, 2024, the motion to compel at Dkt. 70 is DENIED without prejudice. The parties are encouraged to meet and confer to address disagreements over the scope of discovery.

      The Clerk of Court is respectfully directed to terminate the motion at Dkt. 70.

      SO ORDERED.

Dated: October 8, 2024
      New York, New York

                              _____
                                ARUN SUBRAMANIAN
                              United States District Judge